| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | NOV 12 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| JOSE EMILIO RONDEROS, an individual, | No. 21-55685 |
| Plaintiff-Appellee, | D.C. No. 5:21-cv-00639-MWF-KK |
| v. | Central District of California, Riverside |
| USF REDDAWAY, INC., an Oregon Corporation; YELLOW CORPORATION, FKA YRC Worldwide, Inc., | ORDER |
| Defendants-Appellants. | |

Before: BENNETT and SUNG, Circuit Judges, and FOOTE,[*] District Judge.

Judge Bennett has voted to grant the petition for rehearing and deny the petition for rehearing en banc. Judge Sung has voted to deny the petition for rehearing and the petition for rehearing en banc. Judge Foote has voted to deny the petition for rehearing and has recommended denial of the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and rehearing en banc (Dkt. Entry 50) is DENIED.

---

[*] The Honorable Elizabeth E. Foote, United States District Judge for the Western District of Louisiana, sitting by designation.